**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURA CONTENT LTD. an Anguillan corporation,<br><br>　　Plaintiff,<br>v.<br>IMEDIA ENTERPRISES, INC., a California Corporation, D/B/A MRSNAKE.COM and D/B/A ALLMOBILEPORN.COM; REZA SARMADI, an individual; and DOES 1-10 inclusive,<br><br>　　Defendants. | Case No. SACV12-01939-FMO-RNB<br>Hon. Fernando M. Olguin<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE FROM PLAINTIFF'S COMPLAINT**<br><br>Complaint filed:  November 7, 2012 |

# ORDER

**IT IS SO ORDERED**

By stipulation of the parties and good cause having been shown, Plaintiff's Complaint filed November 7, 2012 and all claims thereto shall be dismissed with prejudice with all parties to bear their own attorneys' fees and costs

Dated:  February 15, 2013

_____/s/_____
The Honorable Fernando M. Olguin
U.S. Federal District Judge
Central District of California